IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01637-PAB

GALEN AASLAND,

    Plaintiff,

v.

SALOMON HAMUI-SUTTON,

    Defendant.

---

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Response to August 5, 2015 Court Order and Motion to Amend Complaint and Jury Demand [Docket No. 5] filed by plaintiff Galen Aasland.  On August 5, 2015, the Court ordered plaintiff to, on or before August 19, 2015, provide additional information regarding the citizenship of defendant.  Plaintiff states that, upon additional investigation, defendant does not own property in Colorado, was driving a rented vehicle at the time of the incident giving rise to this case, and provided a Mexico address and driver's license to authorities.  Docket No. 5 at 1-2.  Such information is sufficient to discharge plaintiff's obligation to provide additional information regarding the citizenship of defendant.

    As to plaintiff's motion to file an amended complaint, there is no indication that plaintiff has served defendant with the complaint.  Thus, pursuant to Fed. R. Civ. P. 15(a)(1), it would appear that plaintiff is entitled to file an amended complaint as a matter of course.  However, to whatever extent leave of the Court is required, plaintiff's request to file an amended complaint is granted.

    DATED August 13, 2015.