IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 15-cv-01637-PAB-NYW | Date: October 13, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-204* |

| *Parties* | *Attorney(s)* |
|---|---|
| GALEN AASLAND, | *Lance M. Sears* |
| **Plaintiff,** | |
| v. | |
| SALOMON HAMUI-SUTTON, | |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**STATUS CONFERENCE**

Court in Session: 10:58 a.m.

Appearance of counsel.

Discussion held regarding Plaintiff's Motion for Substitution of Service [17] filed October 8, 2015, and the Affidavit of Service [20] filed October 9, 2015.

For the reasons stated on the record, it is

**ORDERED:** Plaintiff's Motion for Substitution of Service [17] is GRANTED, pursuant to Rule 4(e) of the Federal Rules of Civil Procedure and Rule 4(f) of the Colorado Rules of Civil Procedure, as interpreted the Colorado Supreme Court in *Willhite v. Rodriguez-Cera*, 274 P.3d 1233 (Colo. 2012). Plaintiff is hereby permitted to serve Hertz Car Rental. Service must be made within the time permitted under Rule 4(m) as calculated from the date of the filing of the Complaint, July 31, 2015.

The court will set a Scheduling Conference in approximately 30 days.

**ORDERED:** **A further Scheduling Conference is set for November 17, 2015 at 11:00 a.m. before this Magistrate Judge.  A proposed Scheduling Order is due no later than November 10, 2015.  Parties shall also provide a copy of a Word version of the proposed Scheduling Order to chambers no later than November 10, 2015 at <u>Wang\_Chambers@cod.uscourts.gov</u>.  Any counsel wishing to appear by telephone must file a motion requesting such appearance no later than three business days prior to the Scheduling Conference.**

Court in Recess:  11:06 a.m.            Hearing concluded.            Total time in Court: 00:10

  * To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.

[Type text]